IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT GORTON, | 1:05-cv-00354-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE |
| vs. | (DOCUMENT #40) |
| BICK, et al., | (30)THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2008, plaintiff filed a motion to extend time to file response. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file response.

IT IS SO ORDERED.

Dated:  **April 4, 2008**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE