1
2
3
4
5
6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    CHARLES ROBERT GORTON,            )        CASE NO.: 1:05-cv-00354 LJO DLB P
                                        )
10                Plaintiff,            )
                                        )        ORDER DIRECTING DEFENDANT
11        v.                            )        TO RESPOND TO PLAINTIFF'S
                                        )        MOTIONS TO AMEND
12   BICK,                             )
                                        )        (Docs. 51, 52)
13                Defendant.            )
                                        )        TWENTY (20) DAY DEADLINE
14   _____ )

15

16

17        Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42

18   U.S.C. section 1983.  On September 17, 2008, plaintiff filed a motion to amend the pleadings.  (Doc.

19   51). On September 23, 2008, plaintiff filed a second motion to amend the pleadings. (Doc. 52).

20   Defendant has not yet responded.

21        Defendant is HEREBY ORDERED to file a response to plaintiff's motions to amend the

22   pleadings within twenty (20) days of service of this order.  Local Rule 78-230.

23        IT IS SO ORDERED.

24   **Dated:    October 7, 2008**              _____ **/s/ Dennis L. Beck** _____
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28

U.S. District Court
E. D. California                                1