# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT GORTON, | CASE NO. 1:05-CV-00354-DLB PC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER |
| v. | |
| BICK, et al., | (DOC. 110) |
| Defendants. | <u>Telephonic Trial Confirmation Hearing</u>: April 1, 2011 at 11:00 a.m. in Courtroom 9 (DLB) |
| _____/ | |

On March 7, 2011, Defendant Miller filed a motion for extension of time to file his pretrial statement. Doc. 110. Defendant's counsel declares that she was sworn in as a juror in a criminal case on March 3, 2011, and that the case is likely to extend through March 10, 2011. Samantha Ramsey Decl. ¶ 4. Defendant's counsel declares that she will be able to complete preparation of Defendant's pretrial statement by March 25, 2011. Defendant's pretrial statement was due on March 11, 2011. Amended Second Scheduling Order, Doc. 101.

Defendant is seeking a modification of a court schedule, which requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). Good cause having been shown, the Court will grant Defendant's motion.

Because the Court's telephonic trial confirmation hearing is currently scheduled for March 18, 2011, the Court will also change the hearing date.

Accordingly, It is HEREBY ORDERED that

1. This matter is set for telephonic trial confirmation hearing on **April 1, 2011 at 11:00 a.m.** in Courtroom 9 before the Honorable Dennis L. Beck;

2. Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic pretrial hearing and to initiate the hearing at **(559) 499-5670**;

3. Defendant shall serve and file a pretrial statement on or before **March 25, 2011**; and

4. In addition to electronically filing the pretrial statement, Defendant shall e-mail the pretrial statement to dlborders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:   March 9, 2011**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE